**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

| | |
|---|---|
| **IN RE: PROTON PUMP INHIBITOR PRODUCTS LIABILITY LITIGATION (NO. II)** | **MDL No. 2789**<br>**Case No.: 2:17-md-2789 (CCC)(MF)** |

**This Document Relates To:**

Dianne Caldwell

**Plaintiff**

**vs.**

ABBOTT LABORATORIES, ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA LP, GLAXOSMITHKLINE CONSUMER HEALTHCARE HOLDINGS (US) LLC, GLAXOSMITHKLINE CONSUMER HEALTHCARE LP , GLAXOSMITHKLINE CONSUMER HEALTHCARE HOLDINGS (US) IP LLC, MERCK & CO. INC. D/B/A MERCK, SHARP & DOHME CORPORATION, NOVARTIS CORPORATION, NOVARTIS PHARMACEUTICAL CORPORATION, NOVARTIS VACCINES AND DIAGNOSTICS, INC., NOVARTIS INSTITUTES FOR BIOMEDICAL RESEARCH, INC., NOVARTIS CONSUMER HEALTH, INC., PFIZER, INC., THE PROCTER & GAMBLE COMPANY, PROCTER & GAMBLE MANUFACTURING COMPANY, TAKEDA PHARMACEUTICALS USA, INC., TAKEDA PHARMACEUTICALS AMERICA, INC. , TAKEDA PHARMACEUTICALS LLC, TAKEDA PHARMACEUTICALS INTERNATIONAL, INC., TAKEDA DEVELOPMENT CENTER AMERICAS, INC. F/K/A TAKEDA GLOBAL RESEARCH & DEVELOPMENT CENTER, INC., TAKEDA PHARMACEUTICAL COMPANY LIMITED, TAP PHARMACEUTICAL PRODUCTS, INC. F/K/A TAP HOLDINGS INC., WYETH PHARMACEUTICALS, INC., WYETH-AYERST LABORATORIES, WYETH LLC, EISAI CO., LTD.

**Defendants.**

**..........................................................................**

## FIRST AMENDED SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiff(s) named below file(s) this First Amended Short Form Complaint and

Demand for Jury Trial against Defendants named below by and through their undersigned

counsel and as permitted by Case Management Order No. 7. Plaintiff(s) incorporate(s) by reference the allegations contained in Plaintiffs' Master Long Form Complaint and Jury Demand in In re: Proton-Pump Inhibitor Products Liability Litigation, MDL 2789, in the United States District Court for the District of New Jersey pursuant to Case Management Order No. 7.

In addition to those causes of action contained in Plaintiffs' Master Long Form Complaint and Jury Demand, where certain claims require specific pleadings and/or amendments, Plaintiff(s) shall add and include them herein.

## <u>IDENTIFICATION OF PARTIES</u>

### <u>Identification of Plaintiff(s)</u>

1.     Name of individual injured/deceased due to the use of PPI Product(s): _____
Dianne Caldwell
_____.

2.     Consortium Claim(s):  The following individual(s) allege damages for loss of consortium:  _____.

3.     Survival and/or Wrongful Death Claims:

   a.  Plaintiff, _____, is filing this case in a representative capacity as the _____ of the Estate of _____ , deceased.

   b.  Survival Claim(s):  The following individual(s) allege damages for survival claims, as permitted under applicable state laws: _____

   _____.

4.     As a result of using PPI Products, Plaintiff/Decedent suffered pain and suffering, emotional distress, mental anguish, and personal and economic injur(ies) that are alleged to have been caused by the use of the PPI Products identified in Paragraph 10, below, but not

limited to the following:

    **X**    _____ injury to himself/herself

_____ injury to the person represented

_____ wrongful death

_____ survivorship action

    **X**    _____ economic loss

    **X**    _____ loss of services

    **X**    _____ loss of consortium

_____ other: _____

_____

## Identification of Defendants

5.      Plaintiff(s)/Decedent is/are suing the following Defendant(s) (please check all that apply):

- ☑ Abbott Laboratories
- ☑ AstraZeneca Pharmaceuticals LP
- ☑ AstraZeneca LP
- ☑ GlaxoSmithKline Consumer Healthcare Holdings (US) LLC
- ☑ GlaxoSmithKline Consumer Healthcare LP
- ☑ GlaxoSmithKline Consumer Healthcare Holdings (US) IP LLC
- ☑ Merck & Co. Inc. d/b/a Merck, Sharp & Dohme Corporation
- ☑ Novartis Corporation
- ☑ Novartis Pharmaceutical Corporation
- ☑ Novartis Vaccines and Diagnostics, Inc.
- ☑ Novartis Institutes for Biomedical Research, Inc.

☑ Novartis Consumer Health, Inc.

☑ Pfizer, Inc.

☑ The Procter & Gamble Company

☑ Procter & Gamble Manufacturing Company

☑ Takeda Pharmaceuticals USA, Inc.

☑ Takeda Pharmaceuticals America, Inc.

☑ Takeda Pharmaceuticals LLC

☑ Takeda Pharmaceuticals International, Inc.

☑ Takeda California, Inc.

☑ Takeda Development Center Americas, Inc. f/k/a Takeda Global  Research & Development Center, Inc.

☑ Takeda Pharmaceutical Company Limited

☑ TAP Pharmaceutical Products, Inc. f/k/a TAP Holdings Inc.

☑ Wyeth Pharmaceuticals, Inc.

☑ Wyeth-Ayerst Laboratories

☑ Wyeth LLC

☑ Other(s) Defendant(s) (please identify):

EISAI, Co., Ltd.

_____

_____

_____

_____

## JURISDICTION & VENUE

**Jurisdiction:**

6.     Jurisdiction in this Short Form Complaint is based on:

☑ Diversity of Citizenship

☐ Other (The basis of any additional ground for jurisdiction must be pled in

sufficient detail as required by the applicable Federal Rules of Civil Procedure)._____

_____

**Venue:**

7.    District Court(s) in which venue was proper where you might have otherwise filed

this *Short Form Complaint* absent Case Management Order No. 7 entered by this Court

and/or to where remand could be ordered: _____

Alabama Middle District Court
_____

**CASE SPECIFIC FACTS**

8.    Plaintiff(s) currently reside(s) in (City, State): Phenix City, AL_____.

9.    To the best of Plaintiff's knowledge, Plaintiff/Decedent used PPI Product(s) during

the following time period: Approximately 1998-2016_____.

10.    Plaintiff/Decedent used the following PPI Products, for which claims are being

asserted:

☑ Dexilant

☑ Nexium

☑ Nexium 24HR

☑ Prevacid

☑ Prevacid 24HR

☑ Prilosec

☑ Prilosec OTC

☑ Protonix

☑ Other (List All): AcipHex, Vimovo

11.    The injuries suffered by Plaintiff/Decedent as a result of the use of PPI Products

include, among others that will be set forth in Plaintiff's discovery responses and medical

records:

☐ Acute Interstitial Nephritis (AIN)

☑ Acute Kidney Injury (AKI)

☑ Chronic Kidney Disease (CKD)

☐ End Stage Renal Disease (ESRD)

☐ Dialysis

☐ Death

☑ Other(s) (please specify):

Renal failure

12.    At the time of the Plaintiff's/Decedent's diagnosis of injury, Plaintiff/Decedent

resided in (City, State): Phenix City, AL

## CAUSES OF ACTION

13.     Plaintiff(s), again, hereby adopt(s) and incorporate(s) by reference the *Master Long Form Complaint and Jury Demand* as if fully set forth herein.

14.     The following claims and allegations asserted in the Master *Long Form Complaint and Jury Demand* are herein more specifically adopted and incorporated by reference by Plaintiff(s) please check all that apply):



☑  Count I:  Strict Product Liability

☑  Count II:  Strict Product Liability – Design Defect

☑  Count III:  Strict Product Liability – Failure to Warn

☑  Count IV:  Negligence

☑  Count V:  Negligence *Per Se*

☑  Count VI:  Breach of Express Warranty

☑  Count VII:  Breach of Implied Warranty

☑  Count VIII: Negligent Misrepresentation

☑  Count IX:  Fraud and Fraudulent Misrepresentation

☑  Count X:  Fraudulent Concealment

☑  Count XI:  Violation of State Consumer Protection Laws of the State(s) of:
AL_____.

☑  Count XII:  Loss of Consortium

☐  Count XIII:  Wrongful Death

☐  Count XIV:  Survival Action

☐  Furthermore, Plaintiff(s) assert(s) the following additional theories and/or Causes of Action against Defendant(s) identified in Paragraph five (5) above.  If Plaintiff(s) includes additional theories of recovery, to the extent they require specificity in pleadings, the specific facts and allegations supporting these theories must be pled by Plaintiff(s) in a

manner complying with the requirements of the Federal Rules of Civil Procedure:

**WHEREFORE**, Plaintiff(s) pray(s) for relief and judgment against Defendants of compensatory damages, punitive damages, interest, costs of suit and such further relief as the Court deems equitable and just, and as set forth in the *Master Long Form Complaint and Jury Demand*, as appropriate.

## <u>JURY DEMAND</u>

Plaintiff(s) hereby demand a trial by jury as to all claims in this action.

Dated: <u>4/13/2018</u>

Respectfully Submitted,

<u>/s/ Sundeep Grewal</u>

Sundeep Grewal (TBN: 24048511)
Bailey Peavy Bailey Cowan Heckaman PLLC
Marathon Oil Tower
5555 San Felipe St., Suite 900
Houston, TX 77056
Telephone: (713) 425-7100
Facsimile: (713) 425-7101
bailey-svc@bpblaw.com
Attorneys for Plaintiffs